UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CSC HOLDINGS, INC.,

                Plaintiff,

- against -

DAVID SCHOCK,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MEMORANDUM
AND
ORDER

05-CV-1131 (TCP) (ETB)

PLATT, District Judge.

       On September 9, 2005 Magistrate Judge E. Thomas Boyle issued a Report and Recommendation in which he recommended that the Court award Plaintiff CSC Holdings, Inc. a total award of $3,857.00 in compensation for (1) Defendant David Schock's unauthorized access to additional Cablevision channels from July 2002 to February 2004 and (2) attorney's fees and costs. No objection was filed within ten (10) days of the service of the Report and Recommendation. The Report and Recommendation is hereby adopted and affirmed.

SO ORDERED.

                                                    /s/_____
                                                    Thomas C. Platt, U.S.D.J.

Dated:   Central Islip, NY
            October 4, 2005